UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

        Plaintiff,

    v.

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

        Defendants.
_____/

NO. CIV. S-07-2493 LKK/DAD

O R D E R

    The court is in receipt of plaintiff's ex parte application for writs of attachment or, in the alternative, temporary protective orders. The court orders as follows:

    1. Plaintiff is directed to immediately serve defendants with the complaint and application, if it has not already done so;

    2. Defendant may file an opposition by Wednesday, December

1

1  5, 2007 at noon, and plaintiff may file a reply by Thursday,
2  December 6, 2007 at noon; and
3      3.   A hearing on the application is hereby set for Friday,
4  December 7, 2007 at 4:15 p.m.
5      IT IS SO ORDERED.
6      DATED:  November 30, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2