**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation,<br><br>    Defendants. | Case No. 2:07-CV-02493-LKK-DAD<br><br>**ORDER GRANTING TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S APPLICATION FOR WRIT OF ATTACHMENT AND TEMPORARY PROTECTIVE ORDER**<br><br>Date:  December 7, 2007<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 4, 15th Floor<br>Judge:  Honorable Lawrence K. Karlton |

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") filed an Ex Parte Application for writs of attachment, or alternatively, for temporary protective orders ("the Application"). (Documents 6 - 10.)

On November 30, 2007, the Court issued an Order, whereby defendants were allowed to file an opposition by noon on Wednesday, December 5, 2007, and Travelers was allowed to file a reply by noon on Thursday, December 6, 2007. (Document 15.)

On Friday, December 7, 2007, at 10:00 a.m., the Court held a hearing to consider all papers and oral argument in support and in opposition to the Application. James D. Curran of Wolkin Curran, LLP appeared on behalf of Travelers, and Beth Ann R. Young of Levene,

1.

Neale Bender, Rankin & Brill, LLP appeared on behalf of defendants SIDNEY B. DUNMORE, an individual, and SIDNEY B. DUNMORE, as Trustee for the Sid Dunmore Trust Dated February 28, 2003 (collectively, "Sidney B. Dunmore").

After considering all papers and oral argument in support and in opposition to the Application, the Court made the following determinations:

- The claim upon which the attachment is based is one upon which an attachment may be issued;
- Travelers established the probable validity of the claim upon which the attachment is based;
- The attachment is not sought for a purpose other than recovery on the claim upon which the attachment is based; and
- The amount to be secured by the attachment is greater than zero.

Additionally, the Court overruled all of Sidney B. Dunmore's objections to Travelers' evidence.

On that basis, and good cause appearing therefore, the Court orders as follows:

1. The Court issues a writ of attachment against the following real property interests of Sidney B. Dunmore:

| **Defendant Name** | **APN Number** | **Real Property Address** |
|---|---|---|
| Sidney B. Dunmore | 050-040-038 | 9220 Royal Crest Court, Granite Bay, California  95746 |

2. The amount secured by the writ of attachments is Seven Million Eight Hundred Thousand Dollars ($7,800,000.00).

3. Travelers shall deposit $10,000 undertaking with the Clerk of the Court to secure the writ of attachment pursuant to Code of Civil Procedure section 489.210.

4. In order to allow Travelers to seek an appraisal of the above-referenced Granite Bay property to determine if its net value (i.e., the fair market value of the property, less all liens, mortgages and other encumbrances) is greater than or equal to the amount to be secured, $7,800,000.00, the Court hereby issues a temporary protective order, prohibiting Sidney B.

Dunmore from transferring or encumbering, directly or indirectly, any interest in the following real property:

| Defendant Name | APN Number | Real Property Address |
| --- | --- | --- |
| Sid B. Dunmore | 652-260-007-6/ TRA 018-352 | 944 Andreas Canyon Drive, Palm Desert, California  92260 |

5. The temporary protective order will extend for a period of thirty (30) calendar days from December 7, 2007, until Monday, January 7, 2008.

**IT IS SO ORDERED.**

Dated:  December 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT