James D. Curran, Esq.        SBN 126586
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:       (415) 982-4328

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation,<br><br>Defendants. | Case No. 2:07-CV-02493-LKK-DAD<br><br>**ORDER ON STIPULATION RE TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S APPLICATION FOR WRIT OF ATTACHMENT**<br><br>Date:   December 7, 2007<br>Time:   10:00 a.m.<br>Courtroom:     4<br>Judge:   Hon. Lawrence K. Karlton |

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers"), on the one hand, and defendants SIDNEY B. DUNMORE, an individual, and SIDNEY B. DUNMORE, as Trustee for Sid Dunmore Trust Dated February 28, 2003 (collectively, "Sidney B. Dunmore"), on the other hand, by and through their respective attorneys of record, stipulated as follows:

1.

1. Travelers application for writs of attachment, or alternatively for temporary protective orders (collectively, Documents 6 – 10), came on for hearing before this Court on December 7, 2007.

2. Travelers' application was to secure Travelers' rights as to the following real property:

| Defendant Name | APN Number | Real Property Address |
|---|---|---|
| Sidney B. Dunmore | 050-040-038 | 9220 Royal Crest Court, Granite Bay, CA  95746 |
| Sidney B. Dunmore | 652-260-007-6/ TRA 018-352 | 944 Andreas Canyon Drive, Palm Desert, CA  92260 |

3. Travelers' application was granted as follows:  a writ of attachment in the amount of $7,800,000 was issued as to the Granite Bay Property, and a temporary protective order was issued as to the Palm Desert property.

4. The temporary protective order was to allow Travelers to seek an appraisal of the Granite Bay property to determine if its net value (i.e., the fair market value of the property, less all liens, mortgages and other encumbrances) is greater than or equal to the amount to be secured, $7,800,000.

5. In lieu of the expense and delay of conducting an appraisal of the Granite Bay property, Travelers and Sidney B. Dunmore agree that the Court shall issue a second writ of attachment, in the amount of $7,800,000, as to the Palm Desert property.

6. Travelers and Sidney B. Dunmore agree that Travelers' application (Documents 6 – 10) and this Stipulation meet all of the requirements of the Federal Rules of Civil Procedure and California Code of Civil Procedure for the issuance of a writ of attachment in the amount of $7,800,000 as to the Palm Desert property.

7. Travelers and Sidney B. Dunmore agree that the undertaking in the amount of $10,000 (Document 42) is also sufficient to secure the issuance of a second writ of attachment for the Palm Desert property, and no other undertaking needs to be submitted for the issuance of a second writ of attachment for the Palm Desert property.

In consideration of Travelers' application (Documents 6 – 10), the Stipulation (Document 45) between Travelers and Sidney B. Dunmore, and good cause appearing therefore, the Court hereby orders as follows:

Travelers' application (Documents 6 – 10) and the Stipulation (Document 45) meet all of the requirements of the Federal Rules of Civil Procedure and California Code of Civil Procedure for the issuance of a writ of attachment in the amount of $7,800,000 as to the Palm Desert property.

The Court issues a writ of attachment against the following real property interests of Sidney B. Dunmore:

| Defendant Name | APN Number | Real Property Address |
| --- | --- | --- |
| Sidney B. Dunmore | 652-260-007-6/ TRA 018-352 | 944 Andreas Canyon Drive, Palm Desert, CA  92260 |

The amount secured by the writ of attachments is Seven Million Eight Hundred Thousand Dollars ($7,800,000.00).

The undertaking in the amount of $10,000 (Document 42) previously deposited with the Clerk of the Court is also sufficient to secure the issuance of a second writ of attachment for the Palm Desert property, and no other undertaking needs to be submitted for the issuance of a second writ of attachment for the Palm Desert property.

**IT IS SO ORDERED.**

Dated:  January 7, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3.