```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  TRAVELERS CASUALTY AND SURETY
    COMPANY OF AMERICA, a
12  Connecticut corporation,
13                Plaintiff,
14         v.                          CIV. NO. S-07-2493 LKK/DAD
15  SIDNEY B. DUNMORE, an individual;
    SID DUNMORE TRUST DATED FEBRUARY
16  28, 2003, a California trust;
    SIDNEY B. DUNMORE, Trustee for
17  Sid Dunmore Trust Dated February
    28, 2003; DHI DEVELOPMENT, a
18  California corporation,
19                Defendants.
                                    /
20
    TRAVELERS CASUALTY AND SURETY
21  COMPANY OF AMERICA,
22                Plaintiff,
23         v.                          CIV. NO. S-08-0366 FCD/KJM
24  COMERICA BANK,
                  Defendant.
25                                  /
26
```

```
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

                Plaintiff,

          v.                          CIV. NO. S-08-0369 GEB/EFB

RBC CENTURA BANK,

                Defendant.
_____/
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

                Plaintiff,

          v.                          CIV. NO. S-08-0373 LKK/KJM

KEYBANK NATIONAL ASSOCIATION,
                                      NON-RELATED CASE ORDER

                Defendant.
_____/
```

The court is in receipt of the Notice of Related Cases concerning the above-captioned cases filed March 14, 2008. After consideration, the court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: March 18, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT