UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

        NO. CIV. S-07-2493 LKK/DAD

    Plaintiff,

  v.

        O R D E R

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

    Defendants.
_____/

    The court is in receipt of a motion for a temporary restraining order filed in the above-captioned case. A hearing on the application is hereby SET for June 5, 2008 at 4:15 p.m. Plaintiff is ordered to serve a copy of this order on defendant. Defendant may, if it chooses, submit an opposition brief to the

////

1

application at the time of the hearing.

    IT IS SO ORDERED.

    DATED: June 4, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2