1  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   BETH ANN R. YOUNG (State Bar No. 143945)
2  MICHELLE S. GRIMBERG (State Bar No. 217327)
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California  90067
   Telephone:   (310) 229-1234
4  Facsimile:   (310) 229-1244

5  Attorneys for Defendants Sidney B. Dunmore,
   an individual and Sidney B. Dunmore, Trustee
6  for Sid Dunmore Trust Dated February 28,
   2003

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

12  TRAVELERS CASUALTY AND SURETY        Case No. 2:07-CV-02493-LKK-DAD
    COMPANY OF AMERICA, a Connecticut
13  corporation,                         [Assigned to the Honorable Lawrence K.
                                         Karlton]
                    Plaintiff,
14                                       **STIPULATION TO VACATE ALL**
    vs.                                  **DATES SET FORTH IN THE**
15                                       **SCHEDULING ORDER ISSUED BY**
    SIDNEY B. DUNMORE, an individual; SID **THIS COURT  ORDER THEREON**
16  DUNMORE TRUST DATED FEBRUARY 28,
    2003, a California trust; SIDNEY B.
17  DUNMORE, Trustee for Sid Dunmore Trust
    Dated February 28, 2003; DHI
18  DEVELOPMENT, a California corporation,

19                  Defendants.

20  _____

21

22        Defendants Sidney B. Dunmore, an individual and Sidney B. Dunmore, Trustee for Sid

23  Dunmore Trust Dated February 28, 2003 (collectively, "Defendants"), through their counsel of

24  record, on the one hand, and Plaintiff Travelers Casualty and Surety Company of America, a

25  Connecticut corporation ("Plaintiff"), through its counsel of record, on the other hand, hereby

26  stipulate as follows:

27

28

─────────────────────────────────────────────────────────
STIPULATION TO VACATE ALL DATES SET FORTH IN THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON

# RECITALS

1.      On or about November 19, 2007, Plaintiff filed a complaint for breach of contract and related claims.

2.      Defendants filed a timely Answer on December 21, 2007.

3.      On November 8, 2007, Dunmore Homes, Inc., a New York corporation ("Dunmore Homes") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court").

4.      On April 8, 2008, DHI Development ("DHI") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the California Bankruptcy Court.  Thomas Aceituno was named as the Chapter 7 Trustee in the DHI bankruptcy case.

5.      Because of the two bankruptcy cases filed by Dunmore Homes and DHI, Defendants and Plaintiff (collectively, the "Parties") have been impeded from conducting and completing discovery relative to the various claims and liabilities potentially applicable to the Bonds which are the subject of this action.  Moreover, in the Dunmore Homes bankruptcy case, there was an injunction issued which essentially barred Plaintiff from making certain payments without the consent of Dunmore Homes or an Order of the Bankruptcy Court.  The injunction was just recently released, however payments of claims still have not been completed by Plaintiff.  Without the determination of the claims and amounts, the parties cannot analyze the range of potential damages or address the defenses thereto.

6.      Plaintiff contends that, in part, as a result of the bankruptcy injunction, Plaintiff is presently litigating 21 claims on various construction payment bonds in a total of 12 separate actions in state court.  Attached hereto as Exhibit "A" is a true and correct copy of the list of the

PDF created with pdfFactory trial version www.pdffactory.com

21 claims currently being litigated by Plaintiff, as provided by Plaintiff's counsel. Also, Plaintiff contends that it presently has claims on three (3) performance bonds from the public entities. One of the claims came to Plaintiff's attention on December 3, 2008.

7.    Defendants contend that the fact that Plaintiff has filed three lawsuits based upon set-aside letters issued by certain banks in favor of Plaintiff, which recoveries would reduce the sums owing, if any, by Defendants is, germane to the consideration of Plaintiff's claims against Defendants, if any, and this Stipulation. Specifically, the case numbers for these lawsuits now pending before this Court are as follows: CV-00366 (<u>Travelers v. Comerica Bank</u>), CV-00369 (<u>Travelers v. RBC Centura</u>) and CV-00373 (<u>Travelers v. Key Bank</u>).

8.    Defendants contend that Plaintiff, through the payment of certain claims, has obtained certain subrogation rights which may permit Plaintiff to pursue further recoveries of any amounts paid to claimant from banks in connection with bonded-stop notice litigation also already in progress.   These recoveries would further reduce the sums owing, if any, by Defendants.

9.    For example, because of the delays imposed on discovery by these above-identified events, the Parties recognize that it is not possible to meet the deadlines set forth in the Status (Pretrial Scheduling) Conference entered by this Court on or about February 11, 2008 (the "Scheduling Order").  Further, the Parties believe that more time is needed before discovery can be completed and expert witnesses can be designated.  To make the most efficient use of the resources of the Parties and this Court, and to facilitate possible settlement discussions between the Parties, the Parties wish to vacate all of the dates set forth in the  Scheduling Order. <u>The most pressing date on the Scheduling Order that the Parties are seeking to vacate is the deadline to designate expert witnesses and exchange reports by Wednesday, December 10, 2008, which is</u>

STIPULATION TO VACATE ALL DATES SET FORTH IN THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1  the Parties' immediate concern.

2      10.    For the above reasons, the Parties propose (a) vacating all of the dates set forth in

3  the Scheduling Order; and (b) setting a status conference at the Court's convenience, preferably

4  sometime in January or February of 2009 to advise the Court of these critical developments and

5  discuss a new scheduling order.

6

7      11.    In the meantime, the Parties stipulate as follows:

8

9                              **STIPULATION**

10     1.    The Parties stipulate to vacate all dates set forth in the Scheduling Order; and

11     2.    The Parties stipulate to appear at a status conference before this Court that will be

12  set by this Court at a day and time convenient to the Court.

13     3.    Defendants will file this Stipulation with the Court.

14

15     **IT IS SO STIPULATED.**

16

17  Dated: December 8, 2008          LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

18

19                                  By:___*/s/ Michelle S. Grimberg*_____
                                         Beth Ann R. Young
20                                       Michelle S. Grimberg
                                    Attorneys for Defendants Sidney B. Dunmore, an
21                                  individual and Sidney B. Dunmore, Trustee for Sid
                                    Dunmore Trust Dated February 28, 2003
22

23  Date: December 8, 2008           WOLKIN CURRAN, LLP

24

25                                  By:___*/s/Donald J. Colucci*_____
                                         Donald J. Colucci
26                                  Attorney for Plaintiff Travelers Casualty and Surety
                                    Company of America, a Connecticut corporation

27  v                                        4
28  STIPULATION TO VACATE ALL DATES SET FORTH IN THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

**HAVING REVIEWED THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING THEREON,**

**IT IS HEREBY ORDERED THAT:**

1.      The Scheduling Order is vacated; and

2.      The Parties shall appear at a status conference before this Court on  March 16 , 2009 at  3:30  p.m.; and

3.      The Parties shall file a Joint Status Report outlining in detail the status of the case and the issues impacting discovery 14 calendar days prior to the Status Conference set herein.

Date:  December 10, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

v                                                   5
STIPULATION TO VACATE ALL DATES SET FORTH IN THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067.

On December 8, 2008 I served the document(s) described as:

**STIPULATION TO VACATE ALL DATES SET FORTH IN THE SCHEDULING ORDER ISSUED BY THIS COURT [PROPOSED] ORDER THEREON**

On the interested parties in this action by placing a true copy(ies) thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Donald J. Colucci
Wolkin Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA  94111

___X___  (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail.  Executed on December 8, 2008, at Los Angeles, California.

_____  (By Facsimile) I caused said document to be sent via facsimile to the offices of the addressee so designated on the attached list.  Executed on _____ __, 2008, at Los Angeles, California.

___X___   (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of the addressees.  Executed on _____ _____, 2008, at Los Angeles, California.

_____(State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____*/s/ Angela Antonio*_____
Angela Antonio

STIPULATION TO VACATE ALL DATES SET FORTH IN THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com