UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

                          NO. CIV. S-07-2493 LKK/DAD

        Plaintiff,

   v.

                          O R D E R

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

        Defendants.
                                /

    Plaintiff in the above-captioned matter has moved for clarification of this court's June 5, 2009 order denying summary judgment without prejudice. This motion is noticed for hearing at 10:00 a.m. on August 17, 2009. On review of the papers, the court concludes that oral argument will not be helpful or necessary. Accordingly the hearing set for August 17, 2009 is VACATED. The

1

deadline for submission of plaintiff's reply memorandum, if any, remains unchanged.

IT IS SO ORDERED.

DATED: August 10, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2