```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

                                    NO. CIV. S-07-2493 LKK/DAD
            Plaintiff,

      v.
                                              O R D E R
SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

            Defendants.
                                      /
```

On June 23, 2010, the court granted plaintiff Travelers Casualty and Surety Company of America's motion to file an amended complaint and plaintiff's concurrent application to modify the scheduling order. In connection with these orders, a further status conference is SET for September 27, 2010 at 1:30 p.m. The parties SHALL file updated status reports no later than fourteen

1

(14) days before that conference.  Plaintiff SHALL serve a copy of this order on the defendants added by the amended complaint.

IT IS SO ORDERED.

DATED:  June 23, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT