UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

                                NO. CIV. S-07-2493 LKK/DAD

    Plaintiff,

  v.

                                O R D E R

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

    Defendants.

/

    Plaintiff in this case brings claims arising out of several indemnity agreements with defendants. On July 14, 2010, plaintiff filed its first amended complaint. On August 3, 2010, defendant Sidney B. Dunmore filed an answer and counterclaim against plaintiff. On August 24, 2010, plaintiff filed a motion to strike and a motion for a more definite statement regarding Dunmore's

1

answer and counterclaim. This motion was noticed to be heard on September 27, 2010. Pursuant to Local Rule 230(c), Dunmore's opposition or statement of non-opposition was due on September 13, 2010. In violation of this rule, Dunmore has failed to respond to the noticed motion.

Based on the above, the court ORDERS as follows:

1. Counsel for Dunmore is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or dismissal of Dunmore's counterclaim. <u>See also</u> Fed. R. Civ. P. 41(b), <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 633 (1962). Counsel shall file a response to this order to show cause no later than September 24, 2010.

2. Hearing on plaintiff's motion to strike and for a more definite statement (ECF No. 154) is CONTINUED to October 12, 2010 at 10:00 a.m.

3. Dunmore shall file and serve his opposition or statement of non-opposition on or before September 24, 2010. Plaintiff may file and serve a reply no later than October 1, 2010.

IT IS SO ORDERED.

DATED: September 17, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2