UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

        Plaintiff,

    v.

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

        Defendants.
_____/

NO. CIV. S-07-2493 LKK/DAD

O R D E R

    On September 27, 2010, the court held a status conference in the above captioned case. Pursuant to the status conference, the court ORDERS:

    (1)  All dates previously set are vacated.

    (2)  All discovery is stayed save and except as required for mediation between the Niemi parties and plaintiff and to

1

resolve plaintiff's pending discovery motion.

(3)  A further status is set for March 14, 2011 at 1:30 p.m.

IT IS SO ORDERED.

DATED:  October 1, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT