UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

        NO. CIV. S-07-2493 LKK/DAD

    Plaintiff,

  v.

        O R D E R

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

    Defendants.
_____/

    On August 24, 2010, plaintiff and counterdefendant Travelers Casualty and Surety Company filed a motion to strike the prayer for punitive damages pursuant to Fed. R. Civ. P. 12(f) and a motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e). This motion was noticed to be heard on September 27, 2010. Pursuant to Local Rule 230(c), defendant Dunmore's opposition or statement of

1

non-opposition was due on September 13, 2010. Defendant failed to respond to the noticed motion by that date, and this court issued an order to show cause why sanctions should not issue.

On September 24, 2010, defendant filed a non-opposition to the motions to strike and for a more definite statement, and filed a request for leave to amend his answer and cross-complaint. Defendant's counsel Gorski also filed a response to the court's order to show cause, in which he acknowledged that sanctions should issue. Accordingly, this court ORDERS as follows:

[1] Counsel for defendant Dunmore is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

[2] Plaintiff's motion to strike punitive damages is GRANTED.

[3] Plaintiff's motion for a more definite statement is GRANTED.

[4] Defendant's request for leave to amend the answer and cross-complaint is GRANTED. Defendant has twenty-one (21) days from issuance of this order to file an amended

2

1         answer and cross-complaint.
2    IT IS SO ORDERED.
3    DATED:  October 5, 2010.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT