Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
JACK A. KLAUSCHIE, ESQ. (SBN 094029)
jklauschie@mathenysears.com
3638 American River Drive
Sacramento, CA  95864
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430

Attorneys for Defendants, **WILLIAM M. NIEMI, an individual; BETH H. NIEMI, an individual; WILLIAM and BETH NIEMI, 1985 REVOCABLE FAMILY TRUST, a California Trust**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, et al.,,<br><br>Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS.<br>_____ | Case No.  2:07-CV-02493-LKK-DAD<br><br>**[Assigned to The Honorable Lawrence K. Karlton]**<br><br>**STIPULATION AMONG TRAVELERS AND NIEMI DEFENDANTS RE: TRAVELERS' RULE 12 MOTION TO STRIKE THE NIEMI DEFENDANTS' COUNTERCLAIM; ORDER GRANTING STIPULATION** |

Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and Defendants, WILLIAM M. NIEMI, an individual; BETH H. NIEMI, an individual; WILLIAM and BETH NIEMI, 1985 REVOCABLE FAMILY TRUST, a California Trust, have met and conferred with respect to Travelers' pending Rule 12 Motion to Strike the Counterclaim filed by Niemi Defendants.

1

During communications among the parties, all parties agree it was responsible and prudent to conserve financial resources and promote an environment where the parties can focus on preparation for up-coming mediation and resolution of pending claims, rather than incurring fees and costs relating to pleadings and procedural distractions at this very early stage in the litigation among the parties. To that end, the parties discussed a mechanism to resolve Travelers pending Rule 12 Motion to Strike in a manner where the Niemi Defendants are not obligated to prepare and file an opposition to the Motion to Strike.

After meeting and conferring and for good cause as described briefly above, Travelers and Niemi Defendants respectfully stipulate and ask the Court to enter an order consistent with the parties' stipulation set out below. The parties understand and agree that the actions to be taken by the parties in their stipulation are conditioned on the Court's approval and entry of an order.

Travelers and Niemi Defendants hereby stipulate as follows:

1. Niemi Defendants will dismiss their Counterclaim without prejudice;
2. Travelers will take its Rule 12 Motion to Strike off calendar;
3. Plaintiffs shall re-notice their Rule 12 motion to strike, if appropriate;
4. Niemi Defendants shall have 15 calendar days to file an amended counterclaim after the mediator selected by the parties declares in writing that mediation has been unsuccessful and settlement is not possible; and
5. Travelers has the right to file any responsive pleading or motion with respect to any amended counterclaim filed by Niemi Defendants in accord with the terms and requirements of the FRCP.

///

///

///

IT IS SO STIPULATED:

Dated: October 19, 2010                    /s/_____

                                            Attorneys for Travelers Casualty
                                            and Surety Company of America

                                            WOLKIN CURRAN, LLP
                                            Donald J. Colucci, Esq.
                                            Daniel C. Welch, Esq.

Dated: October 19, 2010                    /s/_____

                                            Attorneys for Defendants, WILLIAM M. NIEMI, an individual; BETH H. NIEMI, an individual; WILLIAM and BETH NIEMI, 1985 REVOCABLE FAMILY TRUST, a California Trust

                                            MATHENY SEARS LINKERT & JAIME, LLP
                                            Richard S. Linkert, Esq.
                                            Jack A. Klauschie, Jr. Esq.

IT IS SO ORDERED:

Dated: October 22, 2010

                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT