IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

    Plaintiff,

No. CIV S-07-2493 LKK DAD

v.

SIDNEY B. DUNMORE, et al.,

ORDER

    Defendants.
_____/

    This matter came before the court on October 22, 2010, for hearing on plaintiff's motion to compel production of documents (Doc. No. 169). Daniel C. Welch, Esq. appeared for the moving party. Gary W. Gorski, Esq. appeared for defendant Sidney B. Dunmore.

    For the reasons stated on the record, plaintiff's motion to compel is granted in its entirety, subject to a stipulated protective order to be submitted to the undersigned for approval. All responsive documents shall be produced within two weeks after October 22, 2010.

    IT IS SO ORDERED.

DATED: October 23, 2010.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\travelers2493.oah.102210