```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    TRAVELERS CASUALTY AND
10  SURETY COMPANY OF AMERICA,
    a Connecticut corporation,
11
                                         NO. CIV. S-07-2493 LKK/DAD
12           Plaintiff,
13      v.
                                                 O R D E R
14  SIDNEY B. DUNMORE, an
    individual; SID DUNMORE
15  TRUST DATED FEBRUARY 28,
    2003, a California trust;
16  SIDNEY B. DUNMORE, Trustee
    for Sid Dunmore Trust Dated
17  February 28, 2003; DHI
    DEVELOPMENT, a California
18  corporation,
19           Defendants.
20  _____/
```

21      On October 7, 2010, plaintiff Travelers Casualty and Surety

22 Company of America filed a Rule 12(f) Motion to Strike and a Rule

23 12(e) Motion for a More Definite Statement as to the Niemi

24 defendants' counterclaim. ECF No. 181. The motions were set for

25 hearing on November 8, 2010. Travelers and the Niemi defendants

26 later filed a stipulation, which this court approved, on the motion

                                    1

1 to strike. In the order granting the stipulation, this court took
2 the motion to strike off calendar, subject to re-noticing by the
3 plaintiff, if appropriate. Order Granting Stipulation, October 22,
4 2010, ECF No. 189.
5      The court now VACATES the hearing on the Rule 12(e) motion for
6 a more definite statement, ECF No. 181. Plaintiff is instructed to
7 re-notice the Rule 12(e) motion for a more definite statement, if
8 appropriate.
9      IT IS SO ORDERED.
10     DATED: October 28, 2010.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

2