UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

         Plaintiff,

    v.

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

         Defendants.
_____/

NO. CIV. S-07-2493 LKK/DAD

O R D E R

On November 4, 2010, plaintiff and counter defendant Travelers Casualty and Surety Company of America ("Travelers") filed a request to redact portions of several filings. (ECF No. 196). Travelers mistakenly included in these documents numerous social security numbers and federal tax identification numbers. Pursuant to E.D. Cal. Local Rule 140, these numbers should be partially

1

1  redacted.

2  For the foregoing reasons, the court GRANTS Travelers' request
3  (ECF No. 196). Travelers is instructed to mail a compact disc to
4  the Clerk of Court with the redacted filings in PDF format within
5  seven (7) days of the issuance of this order. Travelers shall
6  include a cover memo that lists the file name of each document, a
7  short title of the document, and the date on which the document was
8  initially filed. The Clerk of Court shall replace the incorrectly
9  filed documents with the properly redacted versions.

10  IT IS SO ORDERED.

11  DATED:  November 10, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2