Donald J. Colucci, Esq., SBN 148388
Daniel C. Welch, Esq., SBN 233244
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>           Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation; WILLIAM M. NIEMI, an individual; BETH H. NIEMI, an individual; WILLIAM & BETH NIEMI, 1985 REVOCABLE FAMILY TRUST, a California trust.<br><br>           Defendants. | Case No. 2:07-CV-02493-LKK-DAD<br><br>**ORDER DISMISSING DEFENDANTS:**<br><br>**(1)  WILLIAM M. NIEMI,**<br><br>**(2)  BETH H. NIEMI, and**<br><br>**(3)  WILLIAM & BETH NIEMI 1985 REVOCABLE FAMILY TRUST** |

The Request of plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") for entry of the dismissal of WILLIAM M. NIEMI, BETH H. NIEMI and WILLIAM & BETH NIEMI, 1985 REVOCABLE FAMILY TRUST, with prejudice from Travelers' First Amended Complaint (Document 216) having been filed with the Court on February 1, 2011, and good cause appearing,

///

1.

ORDER OF DISMISSAL OF NIEMI DEFENDANTS

1  **IT IS HEREBY ORDERED** that the following defendants are dismissed with prejudice:

2      (1)  WILLIAM M. NIEMI,

3      (2)  BETH H. NIEMI, and

4      (3)  WILLIAM & BETH NIEMI 1985 REVOCABLE FAMILY TRUST.

6  Dated:  February 2, 2011

                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT

ORDER OF DISMISSAL OF NIEMI DEFENDANTS