UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

        NO. CIV. S-07-2493 LKK/DAD

    Plaintiff,

   v.

        O R D E R

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

    Defendants.
_____/

On January 18, 2011, plaintiff Travelers Casualty and Surety Company of America filed a motion to dismiss, to strike, and for a more definite statement of defendant and counterclaimant Sidney B. Dunmore's Second Amended Answer and Counterclaim. (Doc. No. 212). The memorandum filed in support of this motion is thirty-five pages long, excluding plaintiff's table of contents and table of

1

authorities.

On April 2, 2009, the court entered a status (pretrial scheduling) conference order. (Doc. No. 82). In bold text, the court ordered,

> Unless prior permission has been granted, memoranda of law in support of and in opposition to motions are limited to thirty (30) pages, and reply memoranda are limited to fifteen (15) pages. The parties are also cautioned against filing multiple briefs to circumvent this rule.

Plaintiff did not seek leave of this court to file a memorandum of law that exceeds this court's page limit.

For the foregoing reasons, the court orders plaintiff to inform the court by 9:00 a.m. on February 18, 2011 which five pages the court should not consider in deciding this motion. If no response is timely filed the court will not consider any arguments made in pages thirty-one through thirty-five of plaintiff's motion.

IT IS SO ORDERED.

DATED: February 17, 2011           /s/Lawrence K. Karlton
                                   Lawrence K. Karlton
                                   Senior District Court Judge

2