IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

      Plaintiff,                                      No. CIV S-07-2493 LKK DAD

    v.

SIDNEY B. DUNMORE, et al.,
                                                         ORDER

      Defendants.
_____/

        This matter came before the court on February 24, 2012, for hearing on plaintiff's motion for sanctions (Doc. No. 238). Daniel C. Welch, Esq. appeared for the moving party. Gary W. Gorski, Esq. appeared for defendant Sidney B. Dunmore.

        For the reasons stated on the record, plaintiff's motion for sanctions is denied. However, within thirty days, defendant Sidney Dunmore shall produce to plaintiff any bank records or communications with defendant Dunmore's accountant or tax preparer, in his possession or control, reflecting defendant Dunmore's receipt of a federal tax refund for the tax years 2003 through 2008, and the amounts thereof. Social security numbers are to be redacted from any documents produced pursuant to this order and any bank account numbers reflected on

/////

/////

documents produced will be subject to the stipulated protective order previously entered in this action.

IT IS SO ORDERED.

DATED: February 24, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\travelers2493.oah.022412