UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

        NO. CIV. S-07-2493 LKK/DAD

    Plaintiff,

  v.

        O R D E R

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

    Defendants.
_____/

    The court is in receipt of the parties' stipulation and request to modify the March 17, 2011 scheduling order. Stipulation, ECF No. 252.

    Good cause appearing, all further dates set forth in the March 17, 2011 scheduling order, ECF No. 229, are VACATED. A new scheduling conference is SET for August 27, 2012, at 11:30 A.M.

1

1  IT IS SO ORDERED.

2  DATED: July 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2