UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut corporation,

                                        NO. CIV. S-07-2493 LKK/DAD

        Plaintiff,

    v.

SIDNEY B. DUNMORE, an
individual; SID DUNMORE
TRUST DATED FEBRUARY 28,
2003, a California trust;
SIDNEY B. DUNMORE, Trustee                    O R D E R
for Sid Dunmore Trust Dated
February 28, 2003; DHI
DEVELOPMENT, a California
corporation,

        Defendants.
_____/

        A status conference was held in chambers on August 27,
2012. After hearing, the court orders as follows:

        1.    A further status conference is set for February 25,

              2013 at 1:30 p.m.

        IT IS SO ORDERED.

        DATED:  August 28, 2012.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

                                        1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26