UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation,<br><br>　　　　Defendants.<br>_____/ | NO. CIV. S-07-2493 LKK/DAD<br><br><br><br><br><br><br><br>O R D E R |

　　A status conference was held in chambers on August 27, 2012. After hearing, the court orders as follows:

　　1.　A further status conference is set for February 25, 2013 at 1:30 p.m.

　　IT IS SO ORDERED.

　　DATED: August 28, 2012.

　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1

2