Donald J. Colucci, Esq., SBN 148388
Daniel C. Welch, Esq., SBN 233244
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328

Attorneys for Plaintiff and Counterdefendant,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation;<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:07-CV-02493-TLN<br><br>**ORDER FOR SEALING DOCUMENTS** |

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") has requested sealing of documents to be used in Travelers' pending Motion For Summary Judgment which was filed with the Court on January 6, 2014.  The exhibits sought to be filed under seal by Travelers are

   (1) 2008 individual tax return documents of Sidney B. Dunmore; and

   (2) certain bank documents produced by Sidney B. Dunmore in the instant action.

///

1.

ORDER FOR SEALING DOCUMENTS

The 2008 individual tax return documents are marked as Exhibit 24 to the Declaration of Donald J. Colucci In Support Of Motion For Summary Judgment By Plaintiff Travelers Casualty And Surety Company Of America and also attached to the Declaration of Daniel C. Welch In Support Of Request To Seal Documents By Travelers Casualty And Surety Company Of America ("Welch Dec.") as Exhibit B.

The certain bank documents produced by Sidney B. Dunmore are marked as Exhibit 25 to the Declaration of Donald J. Colucci In Support Of Motion For Summary Judgment By Plaintiff Travelers Casualty And Surety Company Of America and also attached to the Welch Dec. Exhibit C.

With good cause appearing,

**IT IS HEREBY ORDERED** that

(1) Exhibit B (TRAV-SEALED 0001-0245) to the Welch Dec. is filed under seal as Exhibit 24 to the Declaration of Donald J. Colucci In Support Of Motion For Summary Judgment By Plaintiff Travelers Casualty And Surety Company Of America; and

(2) Exhibit C (TRAV-SEALED 0246-0256) to the Welch Dec. is filed under seal as Exhibit 25 to the Declaration of Donald J. Colucci In Support Of Motion For Summary Judgment By Plaintiff Travelers Casualty And Surety Company Of America.

IT IS SO ORDERED.

Dated: January 22, 2014

Troy L. Nunley
United States District Judge

2.
ORDER FOR SEALING DOCUMENTS