UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SIDNEY B. DUNMORE, an individual et al.,<br><br>    Defendants.<br><br>And related cross-claims. | Case No. 2:07-CV-02493-TLN-DAD<br><br>**ORDER GRANTING DEFENDANT SIDNEY B. DUNMORE's *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME**<br><br>**District Judge Troy L. Nunley**<br>**Courtroom 2, 15th floor**<br>**501 I Street, Sacramento, CA** |

THIS MATTER CAME on an EX PARTE basis.  After reviewing Defendant SIDNEY B. DUNMORE'S Ex Parte Application, and Plaintiff's reply, and the records in this case, Defendant SIDNEY B. DUNMORE's ex parte application is hereby **GRANTED**.

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment, currently on-calendar for February 13, 2014, is hereby moved to May 22, 2014, in accordance with Defendant's request that the hearing be scheduled 30 days after the close of discovery.  Opposition to the motion shall be filed 14 days before the hearing in accordance with Local Rule 230.

**IT IS SO ORDERED**,

Dated: January 31, 2014

_____
Troy L. Nunley
United States District Judge

1