UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual et al.,<br><br>Defendants. | No.  2:07-cv-2493 TLN DAD<br><br>ORDER |

On March 7, 2014, this matter came before the undersigned for hearing of defendant's motion for a protective order and plaintiff's motion to compel. Attorney Daniel Welch appeared on behalf of the plaintiff and attorney Gary Gorski appeared telephonically on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for a protective order (Dkt. No. 266) is denied without prejudice to defendant filing of a motion seeking relief pursuant to Federal Rule of Civil Procedure 36(b);

2. Plaintiff's motion to compel (Dkt. No. 282) is granted; and

/////

1

3. Defendant shall serve his responses to plaintiff's interrogatories and requests for production of documents which were the subject of the motion to compel on or before March 24, 2014.

Dated: March 7, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\travelers2493.oah.030714.docx