UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br> v.<br><br>SIDNEY B. DUNMORE, an individual, et al.,<br><br>    Defendants. | No.  2:07-cv-2493 TLN DAD<br><br>ORDER |

On March 28, 2014, this matter came before the undersigned for hearing of defendant's motion for an order permitting admissions previously deemed admitted to be withdrawn and/or amended.  (Dkt. No. 293.)  Attorney Donald Colucci appeared telephonically on behalf of the plaintiff and attorney Gary Gorski appeared on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, the undersigned finds that plaintiff has failed to meet its burden of demonstrating prejudice as required by Rule 36(b) of the Federal Rules of Civil Procedure.  Accordingly, IT IS HEREBY ORDERED that defendant's motion for an order permitting

/////

/////

1

admissions previously deemed admitted to be withdrawn and/or amended (Dkt. No. 293) is granted.[1]

Dated:  March 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\travelers2493.oah.032814.docx

---

[1] The court need not set a date for defendant to provide the responses to the request for admissions at issue because defendant has already provided his responses to plaintiff.

2