UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIDNEY B. DUNMORE, an individual, et al.,<br><br>　　　　　Defendants. | No. 2:07-cv-2493 TLN DAD<br><br><br>ORDER |

On January 9, 2015, this matter came before the undersigned for hearing of plaintiff's amended motion to compel. (Dkt. No. 312.) Attorney Daniel Welch appeared on behalf of the plaintiff and attorney Gary Gorski appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's amended motion to compel (Dkt. No. 312) is denied as untimely.

Dated:  January 9, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\travelers2493.oah.010915.docx