UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, ET AL.,<br><br>Defendants. | No. 2:07-cv-02493-TLN-EFB<br><br>**ORDER RESCHEDULING TRIAL** |

This matter is before the Court pursuant to the bench trial scheduled on May 23, 2016. Due to a conflict with the Court's criminal calendar, the Court hereby VACATES the trial date. Thus, this matter must be reset for trial. The soonest that the Court's docket can accommodate this trial is August 29, 2016. Therefore, the Court hereby resets the trial for August 29, 2016. Should the parties want to try this case prior to such date, the parties are welcome to consent to the jurisdiction of the magistrate judge in order to have their trial concluded in a more timely matter.

Although the trial must be reset, the Court will not reschedule the deadlines for the parties' motions in limine. However, the hearing date for the motions is VACATED. It is the Court's intention to decide these matters on the briefing and issue an order well in advance of the trial date in order to give the parties ample notice as to the necessary witnesses and exhibits at

1  trial.  Should the Court decide that oral arguments would be helpful in deciding the parties'
2  motions, the Court will then special set a hearing date.  An Amended Pretrial Order shall issue
3  shortly.
4       IT IS SO OREDERED.

6  Dated: April 28, 2016

8                                      Troy L. Nunley
                                    United States District Judge