James D. Curran, Esq.  (SBN 126586)
Daniel C. Welch, Esq.  (SBN 233244)
WOLKIN · CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, California  94108
Telephone:     (415) 982-9390
Email: jcurran@wolkincurran.com
Email   dwelch@wolkincurran.com

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation; WILLIAM H. NIEMI, an individual; WILLIAM & BETH NIEMI, 1985 REVOCABLE FAMILY TRUST, a California trust,<br><br>            Defendants. | Case No. 2:07-CV-02493-TLN-DB<br><br>**JUDGMENT**<br><br>Judge:       Troy L. Nunley |

Pursuant to agreements and stipulations set forth in the *Stipulation for Entry of Judgment* (the "Stipulation") (ECF No. 375), and the facts and documents agreed and stipulated by and between Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") on the one hand, and Defendants SIDNEY B.

1.

DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; and SIDNEY B. DUNMORE, as Trustee for Sid Dunmore Trust Dated February 28, 2003 (collectively, "Defendants") on the other hand, the Court determines that there is no just reason for delay of entry of final judgment, and good cause appearing therefore, the Court makes the following findings and enters judgment as follows.

## JUDGMENT

Judgment is granted in the amount of Fifteen Million Five Hundred Fifty Nine Thousand Two Hundred Thirty Seven Dollars and Twenty Eight Cents (**$15,599,237.28**) in favor of Travelers and jointly and severally against Defendants on Travelers' First Cause of Action (Breach of Contract) asserted in Travelers' First Amended Complaint (ECF No. 148). The amount of Judgment is comprised of the principal amount of $7,996,388.79, plus prejudgment interest in the amount of $7,602,848.49.

This Judgment is a final judgment on the merits and may be used for purposes of *res judicata* (claim preclusion) and collateral estoppel (issue preclusion).

All issues that are the subject of the instant action, this Judgment and the issues as set forth in the *Stipulation for Entry of Judgment* (ECF No. 375) are conclusively determined. Travelers and Defendants are collaterally bound by this Judgment.

All facts and law as set forth in the *Stipulation for Entry of Judgment* (ECF No. 375) are incorporated herein and determined by this Court as if such facts and law are stated in their entirety herein.

Upon entry of the Judgment, interest shall accrue at the maximum legal rate.

**JUDGMENT IS SO ENTERED.**

Dated: March 27, 2017

_____
Troy L. Nunley
United States District Judge