James D. Curran, Esq. (SBN 126586)
Daniel C. Welch, Esq. (SBN 233244)
WOLKIN · CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, California 94108
Telephone: (415) 982-9390
Email: jcurran@wolkincurran.com
Email: dwelch@wolkincurran.com

Attorneys for Judgment Creditor,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation; WILLIAM H. NIEMI, an individual; WILLIAM & BETH NIEMI, 1985 REVOCABLE FAMILY TRUST, a California trust,<br><br>Defendants. | No.: 2:07-cv-02493-TLN-DB<br><br><br><br>**ORDER FOR SEALING DOCUMENTS** |

Judgment Creditor TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") requested sealing of documents to be used in Travelers' pending Motion For Repatriation which was filed with the Court on May 8, 2017. The exhibits sought to be filed under seal by Travelers are:

///

1.

  (1) **Exhibit 3**, Selected documents from Sidney B. Dunmore's 2008 Federal Income Tax Return;

  (2) **Exhibit 4**, 2010 Documents produced by Sidney B. Dunmore in the instant action; and,

  (3) **Exhibit 5**, 2013 Documents produced by Sidney B. Dunmore in the instant action.

These documents are marked as Exhibits to the Declaration of Daniel C. Welch In Support of Request To Seal Documents By Travelers Casualty And Surety Company of America ("Welch Dec.").

With good cause appearing,

**IT IS HEREBY ORDERED** that

  (1) **Exhibit 3** to the Welch Dec. (Selected documents from Sidney B. Dunmore's 2008 Federal Income Tax Return) ("Trav Sealed 000001-000043") is filed under seal;

  (2) **Exhibit 4** to the Welch Dec. (2010 Documents produced by Sidney B. Dunmore in the instant action ) ("Trav Sealed 000044-000054") is filed under seal; and

  (3) **Exhibit 5** to the Welch Dec (2013 Documents produced by Sidney B. Dunmore in the instant action) ("Trav Sealed 000055-000056") is filed under seal.

IT IS SO ORDERED.

Dated: May 9, 2017

                Troy L. Nunley
                United States District Judge