UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation,<br><br>Defendants. | No. 2:07-cv-02493-TLN-DB<br><br>**ORDER SEALING DOCUMENTS** |

Having reviewed Defendants Sidney B. Dunmore, an individual; Sid Dunmore Trust Dated February 28, 2003, a California trust; and Sidney B. Dunmore, Trustee for Sid Dunmore Trust Dated February 28, 2003's, ("Defendants"), request to seal the financial declaration of Sidney B. Dunmore and banking records (ECF No. 427), and good cause appearing, the Court hereby GRANTS Defendants' request to seal.

///

///

///

1

The Clerk of the Court is directed to file the Declaration of Sidney B. Dunmore and exhibits attached thereto under seal.

IT IS SO ORDERED.

Dated: March 28, 2019

                Troy L. Nunley
                United States District Judge