James D. Curran, Esq. (SBN 126586)
Lyndon Y. Chee, Esq. (SBN 178842
WOLKIN · CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, California 94108
Telephone:     (415) 982-9390
Email: jcurran@wolkincurran.com
           lchee@wolkincurran.com

Attorneys for Judgment Creditor,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; SID DUNMORE TRUST DATED FEBRUARY 28, 2003, a California trust; SIDNEY B. DUNMORE, Trustee for Sid Dunmore Trust Dated February 28, 2003; DHI DEVELOPMENT, a California corporation;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:07-CV-02493-TLN-DB<br><br><br><br>**ORDER GRANTING REQUEST TO SEAL** |

1.

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") has requested sealing of certain documents to be filed in connection with Travelers' *Ex Parte* Motion for Order for Defendants to Turn Over Repatriated Funds. Good cause appearing, it is hereby ORDERED that Travelers' Notice of *Ex Parte* Motion for Order for Defendants to Turn Over Repatriated Funds, Memorandum of Points and Authorities in Support of its *Ex Parte* Motion, and (Proposed) Order be filed under seal. The Clerk of the Court is directed to file the aforementioned documents under seal.

IT IS SO ORDERED.

Dated: July 25, 2019

Troy L. Nunley
United States District Judge