1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRAVELERS CASUALTY AND                      No.  2:07-cv-2493 TLN DB
     SURETY COMPANY OF AMERICA, a
12   Connecticut corporation,

13                  Plaintiff,                    ORDER

14          v.

15   SIDNEY B. DUNMORE, an individual;
     SID DUNMORE TRUST DATED
16   FEBRUARY 28, 2003, a California trust;
     SIDNEY B. DUNMORE, Trustee for Sid
17   Dunmore Trust Dated February 28, 2003;
     DHI DEVELOPMENT, a California
18   corporation,

19                  Defendants.

20

21          On September 10, 2019, plaintiff filed a motion to compel.  (ECF No. 444.)  That motion

22   is noticed for hearing before the undersigned on September 27, 2019.  Pursuant to Local Rule

23   251(e), defendant was to file a response to plaintiff's motion on or before September 20, 2019.

24   Defendant, however, has failed to file a timely response to plaintiff's motion.

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.  The September 27, 2019 hearing of plaintiff's motion to compel (ECF No. 444) is

27   continued to **Friday, October 25, 2019** at **10:00 a.m.**, at the United States District Court, 501 I

28   Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

                                                  1

2. Within fourteen (14) days of the date of this order, defendant's counsel shall show cause in writing for failing to comply with the Local Rules;

3. Defendant shall file an opposition or statement of non-opposition to plaintiff's motion to compel on or before **October 11, 2019**; and

4. Plaintiff's reply shall be filed on or before **October 18, 2019**.

DATED: September 24, 2019                    /s/ DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE